No. 03–10391.  HENDERSON v. McGRATH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10393.  CHEGWIDDEN v. KAPTURE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–10394.  DuBOSE v. LADWIG ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–10402.  LEWIS v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–10404.  DEVINCE TAVARES v. ADAMS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10405.  WHITEFOOT v. BANCORPSOUTH BANK, FKA BANK OF MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 03–10406.  TELLIS v. PALMATEER, SUPERINTENDENT, COFFEE CREEK CORRECTIONAL FACILITY.  C. A. 9th Cir.  Certiorari denied.

No. 03–10409.  McCAULEY v. COOK'S PEST CONTROL, INC., ET AL.  Ct. App. Ga.  Certiorari denied.

No. 03–10410.  PATTON v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–10411.  McCORD v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–10412.  DAVIS v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 03–10418.  PADILLA v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 03–10422.  DI NARDO v. LEE'S MOVING & STORAGE, INC.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 03–10423.  PORTER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.